# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DEMETRIUS J. GRANT, | : | No. 31 WAP 2014 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated October 22, |
| | : | 2014 at No. 318 MD 2014. |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 17th day of August, 2015, the Order of the Commonwealth Court is hereby AFFIRMED.